AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWN ANDRE TURNER. | Case No. CR18-0211JLR<br><br>ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)<br><br>(COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED after complete review of the motion on the merits.

    ☒ FACTORS CONSIDERED (Optional)

Mr. Turner's medical conditions; Mr. Turner's age; the number of COVID-19 cases at FCI Sheridan; the Bureau of Prisons' efforts to prevent COVID-19 outbreaks at FCI Sheridan; Mr. Turner's proposed release plan; Mr. Turner's criminal and disciplinary history; and the potential danger Mr. Turner poses to the community.

IT IS SO ORDERED.

Dated: October 15, 2020

                                                                     JAMES L. ROBART
                                                                     United States District Judge